STATE of Missouri, Respondent,

v.

Benjamin SAYLES, Appellant.

No. WD 53583.

Missouri Court of Appeals,
Western District.

Aug. 5, 1997.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Benjamin Sayles appeals his two convictions for the sale of a controlled substance claiming that the trial court erred in refusing to instruct the jury on the lesser included offense of possession of a controlled substance. We find that there was no evidence which would have established a basis for acquitting Mr. Sayles of the sale but convicting him of possession, and therefore the trial court did not err in refusing to submit the proffered instruction. Because a published opinion would have no precedential value, we affirm by this summary order and have furnished the parties with a memorandum setting forth our judgment.

Judgment affirmed. Rule 30.25(b).

Carmen COX and Dean
Cox, Respondents,

v.

Grant GUNDERSON, Appellant.

Nos. WD 53129, WD 53130.

Missouri Court of Appeals,
Western District.

Aug. 5, 1997.

Nancy A. Beardsley, Blue Springs, for Respondents.

W. Stephen Nixon, Independence, for Appellant.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from the trial court's issuance of two full orders of protection to Carmen and Dean Cox. Because of the nature of our decision, a published opinion would have no precedential value.

Appeal dismissed as moot. Rule 84.16(b).